UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALLY CARLS,

Plaintiff,

v.

PROMAX PLUMBING COMPANY,

Defendant.

Case No. 2:26-cv-00698-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 3)

Plaintiff initiated this civil action by filing a complaint on March 4, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 20, 2026, the assigned magistrate judge screened plaintiff's form complaint and determined it to be deficient because plaintiff did not assert any federal claims against the named defendant, and diversity of citizenship between the parties was lacking because both plaintiff and defendant are citizens of California. (Doc. No. 3 at 4–5.) In addition, the magistrate judge concluded that plaintiff 's action was facially frivolous and meritless and that her application to proceed *in forma pauperis* should therefore be denied. (*Id*. at 2–3.) Finally, the magistrate judge found that because it appeared clear that this court lacks subject matter jurisdiction over this

/////

action, the granting of leave to amend would be futile and that dismissal of the action should be with prejudice. (*Id*. at 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 6.) Plaintiff has not filed any objections, or otherwise communicated with the court, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations (Doc. No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is DENIED;
3. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE